*Wednesday, March 7, 2001*

## MERIT DOCKET

**00–1189.   State ex rel. E. Liverpool v. Hadley.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion for leave to intervene by all Columbiana County Townships and motion to dismiss by all Columbiana

County Townships. Motions denied as moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.